IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH, and KARLA G. SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PLATTE NATURAL RESOURCES DISTRICT, et. al;<br><br>Defendants. | 4:14CV3230<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw, (Filing No. 70), is granted and Timothy G. Hruza is withdrawn as attorney of record for the Defendants.

May 19, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge