IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH, and KARLA G. SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PLATTE NATURAL RESOURCES DISTRICT,<br><br>Defendants. | **4:14CV3230**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Vanessa A. Silke and Baird Holm LLP, as counsel for Defendant Central Platte Natural Resources District, et al. ("CPNRD"), (Filing No. 75), is granted.

May 25, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge