IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH, and KARLA G. SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PLATTE NATURAL RESOURCES DISTRICT, et. al;<br><br>Defendants. | 4:14CV3230<br><br>**ORDER** |

Defendants' Rule 12(b)(6) motion to dismiss is pending. (Filing No. 77). In addition, as to the companion state action, Plaintiffs have or will be asking the United States Supreme Court to review and reverse the ruling of the Nebraska Supreme Court.

Accordingly, after conferring with Plaintiffs and counsel for Defendants, and with their approval,

IT IS ORDERED that a case progression schedule will not be entered at this time. If this case is not fully resolved by Defendants' motion to dismiss, within ten (10) days after at the ruling on that motion, the parties shall contact the undersigned magistrate judge's chambers to re-schedule a conference to set the case progression schedule.

June 7, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge